# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JENNIFER SPERL**<br><br>**Plaintiff,**<br><br>vs.<br><br>**HARLAN GLOBAL MANUFACTURING, LLC**<br><br>**Defendant.** | Case No. 2:20-cv02396 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jennifer Sperl, by and through her undersigned counsel, and Defendant Harlan Global Manufacturing, LLC, by and through its undersigned counsel, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), hereby stipulate that all claims asserted by Plaintiff Jennifer Sperl against Defendant Harlan Global Manufacturing, LLC in the above captioned matter should be and hereby are dismissed **with prejudice**, with each party bearing their own costs.

Respectfully Submitted,

**J. LAWRENCE LAW**

/s/ Jeffrey S. Lawrence
Jeffrey S. Lawrence #78699
107 W. 9th Street, Suite 200
Kansas City, MO 64105
Telephone: 816-621-2412
jeff@jlawkc.com
**ATTORNEY FOR PLAINTIFF**

1

**JACKSON LEWIS P.C.**

*/s/ Kyle B. Russell*
Kyle B. Russell, KS #20457
Austin O. Jaspers, KS # 28313
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Kyle.Russell@jacksonlewis.com
Austin.Jaspers@jacksonlewis.com
**ATTORNEYS FOR DEFENDANT**